

# Missouri Court of Appeals
## Southern District

**APRIL 6, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16.

1. SD33469     Michael Curbow, Claimant-Appellant
   vs.
   Treasurer of the State of Missouri as Custodian for the
   Second Injury Fund, Respondent-Respondent

2. SD33200     Howard Haskins and Leah G. Haskins, Plaintiffs-Appellants
   vs.
   Annabelle Adams, Defendant-Appellant, Michael H. Lind
   and Mary Lind, Phillip Schrippe and Miriam Schrippe,
   Defendants-Respondents

3. SD33049     Tommy Katsantonis, Respondent
   vs.
   Kelly A. Katsantonis, Appellant